JAMES WHITE, COMMISSIONER OF HIGHWAYS, FOR THE USE AND BENEFIT OF WILLIAM EMERY, v. JONATHAN. BOYCE.

*Certiorari.*

This case is ruled by *White v. Boyce, ante,* 349.

*Certiorari* to review proceedings in justice's court. Argued October 27, 1891. Writ dismissed November 13, 1891. The facts are stated in *White v. Boyce, ante,* 349.

*Burritt & Canfield,* for defendant, and petitioner in *certiorari.*

*H. H. Woodruff,* for plaintiff, and respondent in *certiorari.*

LONG, J. The facts in this case are substantially as

88 MICH.—23.

stated in *White v. Boyce, ante,* 349. Emery claims to have been injured by the same means that Cottonham, in that suit, claimed to have been injured. Boyce was personally served with the summons by which the suit was commenced in justice's court, appeared, and adjourned the suit, and, after judgment there, procured the writ of *certiorari* from this Court directed to the justice's court.

The writ must be dismissed, under the ruling in the former case, but no costs will be awarded.

MORSE and McGRATH, JJ., concurred. CHAMPLIN, C. J., and GRANT, J., did not sit.